UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:22-cr-112-2 |
| | ) | |
| DARREN DWYER | ) | |

MOTION TO CONTINUE HEARING FOR MOTION TO SUPPRESS STATEMENTS
(UNOPPOSED)

NOW COMES the Defendant, Darren Dwyer, by and through undersigned counsel, and hereby moves to continue the March 24, 2023, hearing for his motion to suppress statements. Counsel has a recent family obligation that afternoon starting at noon and so is no longer available for the 1:30 time slot. Assistant United States Attorney Jon Ophardt is aware of this request and does not object.

Respectfully submitted this 14th day of March, 2023.

/s/ Robert Sussman
Robert Sussman
Sussman Law, PLLC
600 Blair Park Road, Suite 323
Williston, VT 05495
Counsel for Mr. Dwyer

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:22-cr-112-2 |
| | ) | |
| DARREN DWYER | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2023, I electronically filed with the Clerk of Court the following document:

    MOTION TO CONTINUE HEARING FOR MOTION TO SUPPRESS STATEMENTS

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

    Jon Ophardt, AUSA

                                                      ____/s/ Robert Sussman_____
                                                      Robert L. Sussman
                                                      Sussman Law, PLLC
                                                      600 Blair Park Road, Suite 323
                                                      Williston, VT 05495
                                                      Counsel for Mr. Dwyer